Closed
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

| JARMAL MCGUILLA, | |
|---|---|
| Plaintiff, | |
| v. | 05-1769 (WGB) |
| UNION COUNTY JAIL, | O R D E R |
| Defendant. | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

    This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Madeline Cox Arleo filed on January 31, 2006; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

    For good cause shown;

    It is on this 23rd day of February, 2006 **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed January 31, 2006 recommending dismissal of Plaintiff's Complaint is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court and Plaintiff's Complaint is hereby dismissed without prejudice.

                                      /s/ William G. Bassler
                                      WILLIAM G. BASSLER, U.S.S.D.J.